COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                           NO. 2-08-426-CV

 

IN RE DAVID TULLOS                                                              RELATOR

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

                                                  ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, WALKER, and MCCOY,  JJ.


 

DELIVERED: 
November 20, 2008  











    [1]See
Tex. R. App. P. 47.4.